# ATTACHMENT 1

# COMPLAINT FORM
### (for filers who are prisoners without lawyers)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _Western_ DISTRICT OF _Wisconsin_

(Full name of plaintiff(s))

_Sammie L. Smith JR._

vs

Case Number:  24-cv-510-wmc

(Full name of defendant(s))

_Rebecca Tervonen,_

_Jacob Schulenberg,_

_Bonnie L. Alt,_

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of _Wisconsin_ , and is located at
    (State)

_Columbia Correctional Institution_
    (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

Attachment: 1

Defendants

1). Defendants: Dylan Hoffstatter, and Rebecca Tervonen were, at all times relevant to the Complaint, Supervisors at Columbia Correctional Institution

2). Defendants: Steven Fahrenkrug, and Bonnie L. Alt were, at all times relevant to the Complaint, Registered Nurses at Columbia Correctional Institution

3). Defendants: Jeffrey L. Nguyen, Ferstel, Wolf, Endreas, Wilson, Lee, Remus, and Jacob Schulenberg were, at all times relevant to the Complaint, Correctional Officers at Columbia Correctional Institution

2.    Defendant _Jeffrey L. Nguyen,_____

(Name)

is (if a person or private corporation) a citizen of _Wisconsin_____

(State, if known)

and (if a person) resides at _P.O. Box 900_____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Columbia Correctional Institution____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

The Plaintiff Jammie L. Smith JR. IS an Inmate at Columbia Correctional Institution In Portage Wisconsin. On Two Seperate occasions (2) Columbia Staff (correctional Officers, Supervisors, and Nurses) were all negligent under Wisconsin State law, and Deliberate Indifferent to Both of my Suicide Attempts. In violation of my 8TH Amendment right to be Free From Cruel and Unusual Punishment, and human Conditions of Confinement. I was Denied equal

Attachment One (Complaint) – 2

Protection In Violation OF the Fourteenth Amendment. On 3·29·24 I was placed on "Control Status", while on this Status Inmates are only allowed a blue Paper Smock In their cells for Property. I had In my Possesion a Bag of ~~Pills~~ Pills (6 Gabapentin, 9 Ibuprofen, 5 Acetaminophen) 20 total. On this morning I was Feeling Depressed and at 12:50 p.m. In the Afternoon, I told Officer endreas I was Suicidal and about to overdose by Ingesting a bag of Pills. endreas replied, "let me Finish up passing lunch". I told endreas, "Im already taking these Pills In Front OF you, Dont walk away get me help". endreas Completely disregarded my pleas for help and walked away Clearly Proving that passing lunch was much more Important than trying to Save my life. endreas returned to my cell 11 minutes later at 1:01 p.m. with Supervisor Dylan after he was Done Passing lunch meals to escort me to Hsu. In route to Hsu, I began to vomit From the medications. Once finally In Hsu, I was Assessed by RN Steven. Steven and Dylan became very Hostile towards me.

Attachment: (2)

Steven only took my vitas and excused me from Hsu without Treating me with "Charcoal Suspension". Steven was retaliating against me because he had to come to Segregation unit to Assess me. Dylan Suggested to Steven that he Should give me Charcoal Suspension due to me vomitting, Steven replied, "I Dont think he took enough For that"....

(1) Dylan Then escorted me back to my cell B38 where I again Started to vomit In my cell. At 1:45 p.m. I Stopped Officer Wolf at my Cell during a Safety round, I told Wolf that I Vomitted again and I need to See Hsu again. Wolf replied, "I'll let them know"....

I did not See Hsu again, I was left to continue to Vomit In my cell. Wolf, endreas, Dylan or Steven did not do anything to Prevent me from harm and guarantee my Safety. They did not Call a Psychiatrist to have me Speak with Them. They did not Place me on "Clinical Observation" to monitor my Suicidal Ideation which IS Standard Protocol any time an Inmate engages In Self harm.

This Incident was Captured and Preserved on 4 Body worn Camara Footages.

Attachment - B

(complaint)

On 5-25-24 at 3:58 p.m. I told Officer Lee I was suicidal. Lee replied, "I'll let someone know". At 4:00 p.m. Officer Schulenberg came to my cell AT and ask me, "Are you Suicidal"? I replied yes. Schulenberg ask me, "Do you need to see PSU"? I replied yes, I've wrote to PSU for 2 weeks now and No one has spoken to me yet. Schulenberg replied, "I'll go let the Sergeant know". At 4:10 p.m. Schulenberg returned to my cell to tell me that Sergeant Ferstel said to let me know that "PSU Is not here on the weekends". PSU Is always on call and Ferstel knows this and still refused to have me removed from my cell for a "Safety Session" with PSU. At 6:30 p.m. I told Officer Remus I was Suicidal Remus replied, "I'll go let the Sergeant know (whom was still Ferstel). At 7:30 p.m. Surpervisor Tervonen Came to my cell to check on me. I told Tervonen that Staff have been Ignoring my Suicidal Ideation All day. Tervonen walked away. At 9:00 p.m. I again Stopped Remus at my cell, I Brandish a Bag of 50 Tylenol and told Remus Im Suicidal and Im about to Overdose then begin Ingesting the Tylenol. Remus walked away and Stated, "I'll go let HSU know try to have Someone Stop you"....

Attachment: A

Between 9:00 P.M. - 10:00 P.M. Remus and Ferstel Are on Body Camara, and Hallway Footage Coming Back and Forth to my Cell observing me engaging In Self-Harm and did not do Anything to guarantee my Safety and Prevent harm. Remus nonchalantely told me that "Tervonen IS aware that you are engaging In Self-Harm" and Walked away from my Cell. From 10:00 P.M. - 12:00 A.M. (2 Hour Span), nearly 6 Officers did Safety Rounds and Clearly Ignored me In my cell engaging In Self-Harm after they were all aware that I'd already Overdose at 9:00 P.M. Schulenberg IS on Body Camara at 12:00 A.M. Admitting that he'd also done a Safety Round and Ignored me engaging In Self-Harm as he was told to Ignore me by Sergeant Nguyen. In Addition to overdosing on the 50 Tylenol, I Also Cut my Arm Open with a Piece Of metal. I Also Swallowed another Piece Of metal, and I tied a Bed Sheet around my neck trying to Hang myself and Suffocate to Death. All Of the Named Defendants witnessed this and had knowledge Of this and did not do anything to Prevent this. At 12:00 A.M. Schulenberg was Doing a Safety Round, I Stopped Schulenberg at my

Cell and I again told him that I was Suicidal and have Been engaging In Self-Harm for over 3 Hours Since 9:00 P.M. At that Point Schulenberg radioed to Tervonen that I was Still Actively engaging In Self-Harm. Schulenberg Stood In Front of my cell door talking to me for nearly 30 minutes. And finally at 12:30 A.m Tervonen Came to my cell, Tervonen Immediately began to Show retaliation towards me. Tervonen escorted me to HSU to be Assessed by RN Bonnie.

RN Bonnie Allowed Tervonen To Coerce and Influence her Not to Send me to the hospital to be Properly Treated. Bonnie only took my vitals (Did not tell me my vitals) Then excused me From HSU.

Bonnie Did not Treat Me with any "Charcoal Suspension" which would of Prevented any Further Illness, Injury, harm, or vomitting".

Between 2:00 A.M. - 4:20 A.M. I was In my cell vomitting on my cell Floor. Officer Wilson was Doing a Safety Round and Stopped at my Cell to Ask me, "Are you Okay"? Officer Wilson witnessed as I was on the Floor lying down In vomit. I replied, "I have been vomitting Blood multiple times"....

Attachment: ① (Complaint)

Officer Wilson Did not do Anything to help.
Officer Wilson only walked away and
Continued to do Safety Rounds. I was left
vomitting on my Floor All night.
Over the next 2 days, I Continued to vomit
In my Cell. I repeatedly Ask to See Hsu
Staff to no Avail.
This Incident Is Captured and Preserved on
a total of 18 Body worn Camara's, and
Hallway footages.

See, Robert Grant vs. Michael Meisner 12-cv-258


According to Grant vs. Meisner Standards, All
12 Defendants failed to Protect me from
harming myself by not taking any "reasonable
Measures" to guarantee my Safety
and Prevent Harm.

C.    JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.
                        OR

☑    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
       different from the state citizenship of every defendant, and the amount of
       money at stake in this case (not counting interest and costs) is
       $ 100,000      .

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

The Plaintiff Should be Awarded Compensatory
Damages In the Amount OF $300,000 and Awarded
Punitive Damages In the Amount OF $100,000
From each Defendant.

Robert Grant (2011-2012), Jovan Williams (2022),
and Myself (2024) Are Just three examples OF
how Columbia has a long history OF Clearly
being negligent and Deliberate Indifferent
towards Mentally Ill and Suicidal Inmates.
Thus, I Ask that this Court Grant.
The Plantiffs request.

Attachment One (Complaint)  4

E.    JURY DEMAND

☑    Jury Demand - I want a jury to hear my case
                    OR

☐    Court Trial – I want a judge to hear my case

Dated this _____29_____ day of _____July_____ 20_24_.

Respectfully Submitted,

_____
Signature of Plaintiff

_____503677_____
Plaintiff's Prisoner ID Number

Columbia Correctional Institution
P.O. Box 900, Portage WI 53901
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5